**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**

670 Investors Bank
671 Merchants Bank of Indiana

**Name Change**

354 Coatesville Savings Bank – Change to 354 Prosper Bank

**Platinum Leader Change**

392 Brentwood Bank – Remove

**Correction**

**Removal**

April 2021